Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD, CHIEF OF POLICE ERIC MATLOCK, DETECTIVES SCOTT E. CARVEL and GREGG M. BENDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| MICHAEL L. KEPHART, individually and doing business as KEPHART BAIL BONDS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, a local governmental entity; CHIEF OF POLICE ERIC MATLOCK, an individual; DETECTIVE SCOTT E. CARVEL, an individual; DETECTIVE GREGG M. BENDER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CIV-F-03-5331 OWW TAG<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION PURSUANT TO RULE 56(a)** |

This matter having been heard before the court on the above captioned date, time, and location, and the court having considered all of the evidence, the order of made:

1.  Defendant BENDER and CARVEL's Motion for Summary Adjudication is GRANTED on qualified immunity grounds as to Plaintiff's § 1983 claim to the extent it is based on Plaintiff's allegations of judicial deception; exceeding the scope of the warrant; overbreadth of the warrant; false arrest; and selective enforcement (Fourteenth Amendment); and

2.  Defendant BENDER and CARVEL's Motion for Summary Adjudication is DENIED as to Plaintiff's claims for destructive search and conspiracy to violate civil rights.

3.  The CITY and MATLOCK's Motion for Summary Judgment is GRANTED.

1    IT IS SO ORDERED.

Dated: August 2, 2005                    /s/ OLIVER W. WANGER

UNITED STATES DISTRICT COURT JUDGE