1  Michael D. Ott; #064454
2  David J. Frankenberger, #186140
   ERICKSEN, ARBUTHNOT, KILDUFF,
3  DAY & LINDSTROM, INC.
   2440 West Shaw Avenue, Suite 101
4  Fresno, California 93711
   (559) 449-2600  Fax: (559) 449-2603
5
   Attorney for Plaintiff, MICHAEL L. KEPHART, individually and doing business as KEPHART
6  BAILS BONDS
7
8
9                          UNITED STATES DISTRICT COURT
10                         EASTERN DISTRICT OF CALIFORNIA
11
                                              )
12  MICHAEL L. KEPHART, individually and      ) Case No. CIV-F-03-5331 OWW TAG
    doing business as KEPHART BAIL BONDS,     )
13                                            )  **ORDER ON EX PARTE APPLICATION**
                                              ) **FOR ORDER SHORTENING TIME RE**
14              Plaintiff,                    ) **MOTION TO WITHDRAW AS**
                                              ) **COUNSEL OF RECORD FOR**
15         vs.                                ) **PLAINTIFF AND TO CONTINUE**
                                              ) **CURRENT TRIAL DATE**
16  CITY OF BAKERSFIELD, a local              )
    governmental entity; CHIEF OF POLICE      )
17  ERIC MATLOCK, an individual; DETECTIVE    )
    SCOTT E. CARVEL, an individual;           )
18  DETECTIVE GREGG M. BENDER, an             ) **Trial Date:** September 20, 2005
19  individual; and, DOES 1 TO 100, inclusive,)
                                              )
20              Defendants.                   )
                                              )
21                                            )
                                              )
22                                            )
                                              )
23  _____  )
24       **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**
25  ///
26  //
27
28  ///

*[Proposed] Order on Ex Parte Application for Order Shortening Time re Motion to Withdraw as Counsel of Record for Plaintiff and to Continue Current Trial Date*

1

The Ex Parte Application of attorneys Michael D. Ott and David J. Frankenberger for an Order Shortening Time re the hearing on the proposed Motion to Withdraw as Counsel of Record for Plaintiff and to Continue Current Trial Date was heard in Department 2 of the above-entitled Court.  Due consideration having been given to the above matter and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The above-described ex parte application for an order shortening time is GRANTED.

2. The proposed Motion to Withdraw as Counsel of Record for Plaintiff and to Continue Current Trial Date will be heard, on shortened time, on August _19___, 2005, at _12:15___ pm., in Department 2 of the above-entitled Court.

3. The moving parties shall file and serve the above-described Motion forthwith.

4. All parties intending to oppose the above-described Motion shall file and serve their opposing papers no later than August __17, 2005.

**IT IS SO ORDERED.**

DATED: ____August 15____, 2005            /s/ OLIVER W. WANGER

                                          _____
                                          JUDGE OF THE UNITED STATES
                                          DISTRICT COURT

*[Proposed] Order on Ex Parte Application for Order Shortening Time re Motion to Withdraw as Counsel of Record for Plaintiff and to Continue Current Trial Date*