```
                                         FILED
                                      JGMENT ENTERED

                                      _____
                                              Date
                                   by _____
                                          Deputy Clerk
                                       U.S. District Court
                                   Eastern District of California
                                      _____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MICHAEL KEPHART,

       Plaintiff,

vs.

                  **JUDGMENT IN A CIVIL ACTION**

                        CV-F-03-5331 OWW/TAG

SCOTT CARVEL and
GREGG BENDER,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants SCOTT CARVEL and GREGG BENDER and against the plaintiff MICHAEL KEPHART.

DATED: October 3, 2005

                                      JACK L. WAGNER, Clerk

                            By:  /s/ GREG LUCAS
                                  Deputy Clerk

jgm.civ
2/1/95