Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

FILED

2005 SEP 30 A 9: 52

CLERK, US DISTRICT COURT
E. ... CALIF

Attorneys for: Defendants CITY OF BAKERSFIELD, CHIEF OF POLICE ERIC MATLOCK, DETECTIVES SCOTT E. CARVEL and GREGG M. BENDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| MICHAEL L. KEPHART, individually and doing business as KEPHART BAIL BONDS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, a local governmental entity; CHIEF OF POLICE ERIC MATLOCK, an individual; DETECTIVE SCOTT E. CARVEL, an individual; DETECTIVE GREGG M. BENDER, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CIV-F-03-5331 OWW TAG<br><br>DEFENDANTS' [PROPOSED] ORDER RE MOTIONS IN LIMINE<br><br>*Trial 9/20/05* |

On September 9, 2005, the Court issued the following Orders regarding defendants' requested motions in limine:

1. Defendants motion in limine to exclude non-party witnesses from court room: Granted.

2. Defendants motion in limine to exclude evidence of any settlement negotiations: Granted.

3. Defendants motion in limine to exclude evidence of insurance: Granted..

4. Defendants motion in limine to exclude evidence of prior and subsequent citizen complaints concerning Detective Bender and Detective Carvel: Granted as to defendant Carvel. Regarding defendant Bender, plaintiff must make a foundational offer of proof that any citizen complaints occurred prior to the incident herein and are substantially similar in fact. Otherwise, this

1  motion is granted with respect to Bender, as well.

2      5.    Defendants motion in limine to exclude evidence of plaintiffs other arrests and acquittals by Bakersfield Police Department: Granted. Plaintiff may introduce evidence of prior arrests and acquittals *is denied except* only upon a foundational showing that defendant Bender and/or Carvel were involved in the prior arrests and/or acquittals *or had knowledge of such prior arrests and/or acquittals*.

6      6.    Defendants motion in limine to exclude evidence of prior search warrant dated January 31, 2002: Denied.

8      7.    Defendants motion in limine to exclude evidence of Detective Bender's decision not to arrest Santino Medina: Denied.

10      8.    Defendants motion in limine to exclude any evidence of Bender's failure to participate in efforts to retrieve Adam Gallegos from Costa Rica after he violated bail: Denied.

12      9.    Defendants motion in limine to exclude any evidence of plaintiff's complaints to outside agencies, including, but not limited to, Kern County Grand Jury, Bakersfield Police Department, State of California Attorney General's Office, or any other agencies: Granted, *except w/s complaints about Bender or Carvel*.

15      10.    Defendants motion in limine to exclude a report from the Department of Justice regarding the Bakersfield Police Department: Granted.

17      11.    Defendants motion in limine to exclude evidence of the lien from the Victim's Compensation Fund: Granted.

19      12.    Defendants motion in limine to exclude evidence of plaintiff's bail amounts for arrests: Granted.

21      13.    Defendants motion in limine to exclude evidence of declaration from Jerry Anderson: Granted.

23      14.    Defendants motion in limine to exclude evidence of letter from Teresa R. Campbell regarding the reinstatement of plaintiff's bail bonds license: Granted, *except Ms. Campbell may testify about her letter*.

Dated: 9-27-05

[signature]

U.S. DISTRICT JUDGE OLIVER W. WANGER