
Case 1:03-cv-05331-OWW-TAG   Document 112   Filed 10/06/05   Page 1 of 3

Michael D. Ott; #064454
David J. Frankenberger, #186140
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
(559) 449-2600 Fax: (559) 449-2603

Attorney for Plaintiff, MICHAEL L. KEPHART, individually and doing business as KEPHART BAILS BONDS

FILED
OCT - 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. KEPHART, individually and doing business as KEPHART BAIL BONDS,,

    Plaintiff,

vs.

SCOTT E. CARVEL, an individual; GREGG M. BENDER, an individual; and, DOES 1 TO 100, inclusive,

    Defendants.

Case No. CIV-F-03-5331 OWW TAG

[~~PROPOSED~~] ORDER RE DEFENDANTS' SUPPLEMENTAL MOTIONS IN LIMINE

**DATE:** September 23, 2005
**TIME:** 9:00 a.m.
**Crtrm:** 2

**Trial Date:** September 23, 2005

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

///

///

[PROPOSED] ORDER RE DEFENDANTS' SUPPELEMENTAL MOTIONS IN LIMINE

1

The Supplemental Motions in Limine of defendants SCOTT E. CARVEL and GREGG M. BENDER (hereinafter collectively referred to as "DEFENDANTS") were heard on September 23, 2005, at 9:00 a.m., in Courtroom 2 of the above-entitled Court. David J. Frankenberger, Esq. appeared on behalf of plaintiff MICHAEL L. KEPHART, individually and doing business as KEPHART BAIL BONDS ("PLAINTIFF"). Jacob J. Rivas, Esq. appeared on behalf of defendants SCOTT E. CARVEL and GREGG M. BENDER (hereinafter collectively referred to as "DEFENDANTS"). Due consideration having been given to the above matters and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. DEFENDANTS' Supplemental Motion in Limine No. One (1) – to Exclude Evidence of Prior Citizen Complaint of GREGG M. BEDER – is denied. PLAINTIFF may use *Mansour v. City of Bakersfield* to impeach GREGG M. BENDER.

2. DEFENDANTS' Supplemental Motion in Limine No. Two (2) – to Exclude Teresa R. Campbell as a Witness – is denied.

3. DEFENDANTS' Supplemental Motion in Limine No. Three (3) – to Exclude Evidence of Tax Returns from PLAINTIFF's Bail Bonds Business – is granted. PLAINTIFF does not intend to introduce the tax returns.

4. DEFENDANTS' Supplemental Motion in Limine No. Four (4) – to Exclude Evidence of Notice of Entry of Judgment in *People v. Safety National Casualty Company* – is denied.

///

///

5. DEFENDANTS' Supplemental Motion in Limine No. Five (5) – to Exclude Evidence of GREGG BENDER's Prior Testimony in *People v. Kephart* (KCSC #618241) – is denied, without prejudice. PLAINTIFF may introduce evidence of GREGG BENDER's prior testimony, but must first provide the Court with a copy of the transcript.

6. DEFENDANTS' Supplemental Motion in Limine No. Six (6) – to Exclude Evidence of the List of Items Seized from PLAINTIFF's Residence of 3/7/02 – is denied.

**IT IS SO ORDERED.**

DATED: 10-3- , 2005

_____
HON. OLIVER W. WANGER
JUDGE, UNITED STATES
DISTRICT COURT